IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DWIGHT MARSHALL,　　　　　　　　　　:　　Civil No. 3:21-cv-1554
　　　　　　　　　　　　　　　　　　　　:
　　　　　　Petitioner　　　　　　　　　　:　　(Judge Mariani)
　　　　　　　　　　　　　　　　　　　　:
v.　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　:
KEVIN RANSOM, et al.,　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　:
　　　　　　Respondents　　　　　　　　:

**ORDER**

**AND NOW**, this 14th day of December, 2021, upon consideration of the petition for writ of habeas corpus (Doc. 1), and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The petition for writ of habeas corpus (Doc. 1) is **DENIED**.

2. No certificate of appealability shall issue, as Petitioner has failed to demonstrate "a substantial showing of the denial of a constitutional right," 28 U.S.C. § 2253(c)(2); *see also Miller-El v. Cockrell*, 537 U.S. 322, 335-36 (2003); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

3. Petitioner's motion (Doc. 10) for appointment of counsel is **DISMISSED** as moot.

4. The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge